<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7472**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES EDWARD ELLERBE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CR-97-100, CA-00-788-5)

_____

Submitted:  December 14, 2000        Decided:  December 20, 2000

_____

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

James Edward Ellerbe, Appellant Pro Se.  Janice McKenzie Cole, United States Attorney, John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Ellerbe seeks to appeal the district court's order denying his motion to withdraw his guilty plea, which the district court construed as a motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Ellerbe, Nos. CR-97-100; CA-00-788-5 (E.D.N.C. Sept. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2